[No. 18538.  *En Banc.*  November 14, 1924.]

JOHN P. DUKE *et al.*, *Respondents*, v. NATIONAL SURETY COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for Pierce county, Chapman, J., entered October 24, 1923, upon findings in favor of the plaintiffs, in an action on contract, tried to the court.  Affirmed.

*Tucker & Hyland*, *C. B. White*, and *Hayden, Langhorne & Metzger*, for appellant.

*F. D. Oakley*, *Guy E. Kelly*, and *Thomas MacMahon*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein and reported in 130 Wash. 276, 227 Pac. 2, and the judgment is therefore affirmed.

———

[No. 18442.  *En Banc.*  November 14, 1924.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE DINAS, *Appellant*.[2]

Appeal from a judgment of the superior court for Snohomish county, Alston, J., entered July 21, 1923, upon a trial and conviction of murder.  Affirmed.

*Joseph H. Smith* and *A. R. Rutherford*, for appellant.

*C. T. Roscoe*, *O. Duncan Anderson*, and *M. H. Forde*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein and reported in 129 Wash. 75, 224 Pac. 597, and the judgment is therefore affirmed.

[1]Reported in 230 Pac. 102.

[2]Reported in 230 Pac. 103.